E-FILED
Friday, 20 February, 2009  01:24:57 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MADISON CAPITAL<br>d/b/a Madison Funding, LLC | ) ) ) | |
| Plaintiff, | ) ) ) | CASE NO. 09-01061 |
| v. | ) ) | |
| WILDWOOD INDUSTRIES, INC.,<br>GARY K. WILDER, individually, and<br>TONI JO WILDER, individually, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### AFFIDAVIT

Now Comes, Kandi K. Laufert, being an adult over 18 years of age and in her capacity as Chief Financial Officer for Madison Capital, shows the following:

I have been the Chief Financial Officer for Madison Capital since the inception of the entity.  As the Chief Financial Officer, I am qualified to attest that Madison Funding LLC is a single member LLC wholly owned by Madison Capital.  Furthermore, Madison Capital is owned by the following members:

Constance R. Caplan who is a resident of Baltimore County, Maryland.

Mark M. Caplan who is a resident of Baltimore County, Maryland.

Cotswald Investments, LTD. which is a Maryland Corporation with its principal place of business located at 701 Cathedral St., Baltimore, MD 21201.

A Marital Trust formed in Maryland and subject to its laws.

Caplan Family Foundation, Inc. which is a Maryland Corporation with its principal place of business located at 701 Cathedral St., Ste. 10, Baltimore, MD 21201

CJM, LLC which is a Maryland Corporation with its principal place of business located at 701 Cathedral St., Baltimore, MD 21201.  CJM LLC is comprised of the following members: Mark Caplan – resident of Maryland; Jonathan Caplan – resident of New York and Catherine Caplan – resident of New York.

Allan Levine who is a resident of Baltimore County, Maryland.

Nancy Pistorio who is a resident of Baltimore County, Maryland.

Kandi Laufert who is a resident of Baltimore County, Maryland.

Further Affiant Sayeth Not.

Sworn under penalty of perjury this 18th day of February, 2009.

Kandi K. Laufert
Chief Financial Officer
MADISON CAPITAL
9D Gwynns Mill Court
Owings Mills, Maryland 21117-3527
Toll Free: 800-733-5529
Fax: 443-796-7200

Sworn before me this 18th day of February, 2009.

Notary Public
My Commission Expires: 11-1-2010