# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MADISON CAPITAL d/b/a <br> Madison Funding LLC, <br><br> Plaintiff, <br><br> v. <br><br> WILDWOOD INDUSTRIES, INC., <br> GARY K. WILDER and <br> TONI JO WILDER <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 09-1061 |

## O R D E R

On December 21, 2009, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than fourteen (14) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Plaintiff brought this litigation alleging breach of contract and breach of personal guaranty under two commercial lease agreements between the parties. On two separate occasions, in November and December 2009, the Magistrate Judge directed the Plaintiff to show cause why this case should not be

dismissed because of the pending bankruptcies. Plaintiff was last directed to file a response by December 18, 2009. As of January 11, 2010, Plaintiff has failed to respond. Therefore, the Court concurs with the recommendation that Plaintiff's Complaint be dismissed for want of prosecution.

Accordingly, the Court now adopts the Report & Recommendation [#11] of the Magistrate Judge in its entirety. This case is DISMISSED without prejudice.

ENTERED this 11th day of January, 2010.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge